THE STATE *v.* BOYLE and Another.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—This case is similar to *The State* v. *Hurley*, and *The State* v. *Miles*, at the present term, and for the reasons there given, the decision is the same. The judgment is affirmed. (1)

*L. Reilly*, for the state.

*W. F. Lane* and *W. C. Wilson*, for the defendant.

(1) The judgments in two other cases of *The State* v. *Boyle et al.* were affirmed, on this day, for the reasons given in this case.